UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:21-cv-22993-PCH

KAREN G. VIDEA,
and other similarly situated individuals,

    Plaintiff,

v.

1350 S DIXIE LLC
d/b/a THESIS HOTEL,

    Defendant,
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff KAREN G. VIDEA has agreed to settle their claims against Defendants 1350 S DIXIE LLC d/b/a THESIS HOTEL. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.  To this end, the parties are in the process of finalizing all the necessary settlement documentation.

Dated: November 1, 2021

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,

Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: November 1, 2021.

                                            Respectfully submitted,

                                            **/s/ Zandro E. Palma**
                                            ZANDRO E. PALMA, ESQ.