UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-22993-HUCK/BECERRA

KAREN G. VIDEA,

    Plaintiff,

vs.

1350 S DIXIE LLC d/b/a
THESIS HOTEL,

    Defendant.
_____/



CLOSED CIVIL CASE

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (the "Joint Motion") [ECF No. 15], which was filed on November 10, 2021, indicating that the parties had reached a settlement. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After careful consideration of the Settlement Agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See Lynn's Food Stores, Inc.,* 679 F.2d at 1353.

ORDERED AND ADJUDGED that the Joint Motion is GRANTED and this action is DISMISSED with prejudice. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. It is also

ADJUDGED that all pending motions in this case are DENIED as moot, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida on November 11, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copied provided to:
Magistrate Judge Jacqueline Becerra
Counsel of Record